**710**

*craft Co.,* 229 S.W.3d 358, 381 (Tex.App.—Houston [1st Dist.] 2007, no pet.).

 Tifford's civil conspiracy claim lives or dies with its conversion claim. The district court correctly noted that without a predicate unlawful act, there is no cause of action for civil conspiracy. *See id.* However, if there is an issue of fact on conversion, and Tifford shows evidence of an agreement by Defendants to commit the acts comprising conversion, then there is an issue of fact on conspiracy. *See Watts v. Miles,* 597 S.W.2d 386, 388 (Tex. Civ.App.—San Antonio 1980, no writ). Here, it is undisputed Defendants agreed by corporate resolution to cancel Certificate 1069 and the 2.7 million shares it represents. This allegedly destroyed the value of the shares. Because there is a genuine issue on conversion and the lawfulness of Defendants' actions, summary judgment is inappropriate on Tifford's conspiracy claim.

### III.

We hold that there are genuine issues of fact on claims by Arthur W. Tifford, P.A. for conversion and civil conspiracy. We also hold that Tifford is not bound by the Nevada state court judgment canceling Certificate 1069. We therefore reverse the district court's judgment and remand for further proceedings. We express no opinion as to the ultimate merit of Tifford's claims.

**REVERSED and REMANDED**

---

**FRANKS INVESTMENT COMPANY LLC, Plaintiff–Appellant,**

v.

**UNION PACIFIC RAILROAD CO., Defendant–Appellee.**

No. 08–30236.

United States Court of Appeals, Fifth Circuit.

March 11, 2009.

Warren Wayne Harris, Justin Brett Busby, Bracewell & Giuliani, Houston, TX, John M. Madison, Jr., Wiener, Weiss & Madison, Shreveport, LA, Scott C. Sinclair, Sinclair Law Firm, Bossier City, LA, for Plaintiff–Appellant.

William H. Howard, III, Alissa Jean Allison, Kathlyn G. Perez, Paul Lee Peyronnin, Baker, Donelson, Bearman, Caldwell & Berkowitz, New Orleans, LA, for Defendant–Appellee.

Appeal from the United States District Court for the Western District of Louisiana; Tom Stagg, Judge.

ON PETITION FOR REHEARING AND PETITION FOR REHEARING EN BANC

(Opinion July 3, 2008, 5th Cir., 2008, 534 F.3d 443)

Before JONES, Chief Judge, and KING, JOLLY, DAVIS, SMITH, BARKSDALE, GARZA, BENAVIDES, STEWART, CLEMENT, PRADO, OWEN, ELROD, SOUTHWICK and HAYNES, Circuit Judges.[1]

---

1. Judges Wiener and Dennis are recused in this case and did not participate in this decision.

BY THE COURT:

A member of the Court in active service having requested a poll on the petition for rehearing en banc and a majority of the judges in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that this cause shall be reheard by the court en banc with oral argument on a date hereafter to be fixed. The Clerk will specify a briefing schedule for the filing of supplemental briefs.

**John THOMPSON, Plaintiff–Appellee,**

v.

**Harry F. CONNICK, in his official capacity as District Attorney; Eric Dubelier, in his official capacity as Assistant District Attorney; James Williams, in his official capacity as Assistant District Attorney; Eddie Jordan, in his official capacity as Assistant District Attorney; Orleans Parish District Attorney's Office, Defendants–Appellants.**

No. 07–30443.

United States Court of Appeals, Fifth Circuit.

March 11, 2009.

Michael L. Banks, John Gordon Cooney, Jr., Morgan, Lewis & Bockius, Philadelphia, PA, Robert Glass, Glass & Reed, New Orleans, LA, for Plaintiff–Appellee.

William D. Aaron, Jr., Richard A. Goins, Goins Aaron, PLC, New Orleans, LA,

Mark C. Carver, Busch & Myers, LLP, New Orleans, LA, for Defendants–Appellants.

Ralph R. Alexis, III, Porteous, Hainkel & Johnson, New Orleans, LA, Ellis Pete Adams, Jr., La. Dist. Attys Ass'n, Baton Rouge, LA, for Amicus Curiae.

ON PETITION FOR REHEARING AND PETITION FOR REHEARING EN BANC

(Opinion Dec. 19, 2008, 5th Cir., 2008, 553 F.3d 836)

Before JONES, Chief Judge, and KING, JOLLY, DAVIS, SMITH, WIENER, BARKSDALE, GARZA, BENAVIDES, STEWART, CLEMENT, PRADO, OWEN, ELROD, SOUTHWICK and HAYNES, Circuit Judges.[1]

BY THE COURT:

A member of the Court in active service having requested a poll on the petition for rehearing en banc and a majority of the judges in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that this cause shall be reheard by the court en banc with oral argument on a date hereafter to be fixed. The Clerk will specify a briefing schedule for the filing of supplemental briefs.

---

1. Judge Dennis is recused and did not participate in this decision.